AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle       District of       Alabama

John W. Tisdale, Jr. et al.

V.

State Auto Insurance Companies, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:06CV458-B

TO: (Name and address of Defendant)

State Automobile Mutual Insurance Company
P.O. Box 182738
Columbus, OH 43216

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Davis
ROSEN, COOK, SLEDGE, DAVIS, SHATTUCK & OLDSHUE, P.A.
P.O. Box 2727
Tuscaloosa, AL 35403-2727

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              5/25/06

CLERK                                                          DATE

/s/ Austin

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

            Middle                    District of                    Alabama

John W. Tisdale, Jr. et al.

                                                    **SUMMONS IN A CIVIL ACTION**
V.
State Auto Insurance Companies, et al.

                    CASE NUMBER:

                    2:06CV458-B

TO: (Name and address of Defendant)

   State Auto Insurance Companies
   518 East Broad Street
   Columbus, OH 43215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Ronald L. Davis
   ROSEN, COOK, SLEDGE, DAVIS, SHATTUCK & OLDSHUE, P.A.
   P.O. Box 2727
   Tuscaloosa, AL 35403-2727

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                          5/25/06
_____          _____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

John W. Tisdale, Jr. et al.

V.

State Auto Insurance Companies, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV458-B

TO: (Name and address of Defendant)

Kevin R. Fitzsimmons
Indianapolis Regional Office
Claims Department
P.O. Box 6165
Indianapolis, IN 46206

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Davis
ROSEN, COOK, SLEDGE, DAVIS, SHATTUCK & OLDSHUE, P.A.
P.O. Box 2727
Tuscaloosa, AL 35403-2727

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                     5/25/06

CLERK                                                   DATE

(By) DEPUTY CLERK