| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Susan Barrett_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Susan Barrett   C. Date of Delivery: 5-20-06 |
| 1. Article Addressed to:<br><br>State Auto Insurance Companies<br>518 East Broad Street<br>Columbus, OH 43215 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>_(handwritten notations)_ |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 1603 5783 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540