MOBDEC   BOP 9618441 04 11/13/2003 WFS TISD BOP*R   01O'NE0000957 036420

# STATE AUTO®
Insurance Companies

**BUSINESSOWNERS POLICY**
**BOP 9618441   04**

## BUSINESSOWNERS COMMON POLICY DECLARATIONS

| NAMED INSURED AND MAILING ADDRESS: | AGENT NAME AND ADDRESS: |
|---|---|
| JOHN W TISDALE, JR<br>PO BOX 1803<br>ANDALUSIA, AL 36420 | O'NEAL AGENCY INC<br>PO BOX 1067<br>ANDALUSIA, AL 36420 |

| POLICY PERIOD:<br>From: 12/03/2003  To: 12/03/2004 | AGENT TELEPHONE:<br>(334) 222-3111 | AGT. NO.<br>0000957 |
|---|---|---|
| COVERAGE IS PROVIDED BY:<br>State Automobile Mutual Insurance Company | | |
| PROGRAM: Advantage Renewal | AFTER-HOURS CLAIMS SERVICE:  800-766-1853 | |
| | A STATE AUTO INSURED SINCE:  1999 | |

The coverage and these declarations are effective 12:01 AM Standard Time on 12/03/2003 at the above mailing address.

| THE NAMED INSURED IS:<br>Individual | BILLING ACCOUNT NUMBER:<br>CB00130201    Direct Bill Insured 11-Pay |
|---|---|
| BUSINESS DESCRIPTION: Mercantile<br>(not owner occupied) | BILLING QUESTIONS?<br>Call 800-444-9950 X5118 |

Upon valid payment of premium when due, these renewal declarations continue your policy for the period indicated. In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**PREMIUM SUMMARY BY COVERAGE PARTS**

| | |
|---|---|
| Businessowners Policy Coverages | $9,400.00 |
| Businessowners Package Policy Coverages | $0.00 |
| Businessowners Extra Coverages | $850.00 |
| *    POLICY TOTAL | $10,250.00 |
| * Includes Terrorism Insurance Coverage | $113.00 |

These declarations together with the Common Policy Conditions and coverage form(s) and endorsement(s) identified on these declarations and attached to your policy complete the above numbered policy.

**Countersigned** _____ **By** _____
        (Date)                                                        (Authorized Representative)

Issue Date 11/13/2003                                                          BOP0001 (07/00) Page 001 of 005

MOBDEC    BOP 9618441 04 11/13/2003 WFS TISD BOP*R    01O'NE0000957 036420


**STATE AUTO** Insurance Companies

BUSINESSOWNERS POLICY
**BOP 9618441   04**

## APPLICABLE FORMS AND ENDORSEMENTS

| New | Form or Endorsement | Edition | New | Form or Endorsement | Edition | New | Form or Endorsement | Edition |
|---|---|---|---|---|---|---|---|---|
| * | BP 0009C | 0702 |   | BP 0002 | 1299 | * | BP 0006C | 0702 |
|   | BP 0101 | 1200 | * | SL 2002 | 0102 | * | BP 0514C | 0103 |
| * | BP 2171 | 1102 | * | BP 2172 | 1102 |   | BP 2103 | 0700 |
|   | BP 2128 | 0700 |   | BP 2100 | 0700 |   | BP 2131 | 0700 |
|   | BP 2142 | 0700 |   | BP 2124 | 0700 | * | BP 2144 | 0702 |
|   | BP 2118 | 0700 |   | BP 2125 | 0700 |   | BP 0446C | 0196 |
|   | BP 2132 | 0700 |   | BP 2148 | 0700 | * | SL 2004 | 1102 |
|   | BP 0417C | 0196 |   | BP 2121 | 0700 |   | BP 2106 | 0700 |
| * | BP 2173 | 0302 |   | BP 0412C | 0187 | * | BP 0531C | 1102 |
| * | PN 0083 | 0203 | * | BP 0539C | 1202 | * | BP 0542C | 1102 |

If changed or added during the previous policy term, the current edition of forms will be substituted on renewal for earlier editions.

\* Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition. Please retain all forms.

MOBDEC    BOP 9618441 04 11/13/2003 WFS TISD BOP*R    010'NE0000957 036420

**STATE AUTO®**
Insurance Companies

BUSINESSOWNERS POLICY
**BOP 9618441   04**

# PROPERTY DECLARATIONS

### PREMISES 0001 BUILDING 001

Building Address

308-328 West Bypass
Andalusia, AL 36420

Occupancy

Mercantile
(not owner occupied)

| CLASS CODE | CLASS DESCRIPTION |
|---|---|
| 57635 | Shopping Center - Less Than 25,000 Sq Ft |

### COVERAGE DESCRIPTIONS

| THEFT COVERAGE | COVERED PROPERTY | LIMIT | LOSS PAYMENT BASIS | AUTOMATIC INCREASE % | PREMIUM |
|---|---|---|---|---|---|
| Yes | Building | $2,969,887 | Replacement Cost | 8 | $9,400 |

Property losses are subject to a  **$1,000**  deductible except as otherwise noted.

| PREMISES 0001 BUILDING 001 COVERAGES | LIMIT | EXTRA COVERAGE PREMIUM |
|---|---|---|
| Ord/Law:Demolition Cost | $10,000 | Included |
| Ord/Law:Increased Cost of Constr | $10,000 | Included |
| Terrorism-Building | $2,969,887 | $85 |

See **Policy-Wide Coverages** for additional valuable coverages.

| MORTGAGEE(S) | ORDER | MORTGAGEE(S) | ORDER |
|---|---|---|---|
| SOUTHTRUST BANK
PO BOX 83837
BIRMINGHAM, AL 35283 | 1st | | |

0000325  Printed:
11/14/03  06:00:14

MOBDEC    BOP 9618441 04 11/13/2003 WFS TISD BOP*R    01O'NE0000957 036420


**STATE AUTO®**
Insurance Companies

**BUSINESSOWNERS POLICY**
**BOP 9618441    04**

## PROPERTY DECLARATIONS

Coverages provided by your Businessowners Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any one occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

See coverages per building for additional valuable coverages.

| POLICY-WIDE COVERAGE | LIMIT | EXTRA COVERAGE PREMIUM |
|---|---|---|
| Accounts Receivable | $5,000 In/$2,500 Out | Included |
| Appurtenant Structures | 10%/$10,000 | Included |
| Arson and Theft Reward | $5,000 | Included |
| Business Inc.-Wait Period 72 hrs | Actual Loss - 12 mos. | Included |
| Business Inc.-Ord. Payroll Ext. | 60 Days | Included |
| Debris Removal | 25%/$10,000 | Included |
| Exhibitions/Fairs/Sales Samples | $5,000 | Included |
| Business Income - Extended | 30 Days | Included |
| Fire Department Service Charge | $1,000 | Included |
| Fire Extinguisher Recharge | $2,500 | Included |
| Forgery and Alteration | $2,500 | Included |
| Inventory and Appraisals | $1,000 | Included |
| Lock Replacement | $500 | Included |
| Money Orders/Counterfeit Currency | $1,000 | Included |
| Money and Securities* | $10,000 In/$2,000 Out | Included |
| Newly Acquired or Constructed Bldgs | $500,000 | Included |
| Outdoor Property | $2,500 /$500 | Included |
| Outdoor Signs* | $3,000 | Included |
| Personal Effects | $2,500 | Included |
| Pers.Prop.-Newly Acquired Premises | $250,000/120 Days | Included |
| Personal Property-Off Premises | $5,000 | Included |
| Premises Boundary | 1,000 Feet | Included |
| Preservation of Property | 30 Days | Included |
| Valuable Papers | $5,000/2,500 | Included |

Note: Policy-wide coverages followed by an * and the additional coverage-exterior building glass are subject to a $500 Optional Coverage/exterior building glass deductible.

MOBDEC    BOP 9618441 04 11/13/2003 WFS TISD BOP*R    01O'NE0000957 036420


**STATE AUTO®**
Insurance Companies

**BUSINESSOWNERS POLICY**
**BOP 9618441    04**

## LIABILITY DECLARATIONS

Coverages provided by your Businessowners Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any one occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

### LIABILITY AND MEDICAL EXPENSES COVERAGES AND LIMITS

| POLICY-WIDE LIABILITY COVERAGES | LIMITS | EXTRA COVERAGE PREMIUM |
|---|---|---|
| Liability and Medical Expenses | $1,000,000/Occurrence $2,000,000/Aggregate | $737 |
| Broad Form Notice of Loss | Included | Included |
| Incidental Medical Services | Included | Included |
| Non-Owned Watercraft-under 26' | Included | Included |
| Bail Bonds | $250 per day | Included |
| Loss of Earnings | $250 per day | Included |
| Medical Expense | $5,000 | Included |
| Damage to Premises Rented to You | $300,000 | Included |
| Terrorism-Liability | Included | $28 |

*A    $0    per occurrence deductible applies to all Property Damage liability claims.

BOP0001 (07/00)  Page 005 of 005

0000327    Printed: