## AFFIDAVIT OF KEVIN R. FITZSIMMONS

My name is KEVIN R. FITZSIMMONS. I am over the age of twenty-one, of sound mind and have personal knowledge of the matters stated in this Affidavit.

I am a resident citizen of the State of Indiana. I do not own any property in Alabama. I conduct no regular business in the State of Alabama. I have not performed any work in Alabama other than in my capacity as a claims adjuster for State Auto Mutual Insurance Company. I have never personally been to the state of Alabama, other than a brief visit for personal reasons many years ago.

I am not a party to any contract with either John Tisdale or Westgate Development, Inc. Nor am I a party to any insurance policy contract between John Tisdale and State Auto Mutual Insurance Company.

My attorney has advised me that a summons and complaint filed by John Tisdale and Westgate Development, Inc. was sent certified mail to the State Auto Office in Indianapolis, Indiana and the acknowledgement card was signed by Mary Cal. My residence is not at the State Auto Claims office and I have never authorized Mary Cal or anyone at the State Auto Claims office to be my agent for service of process of otherwise.

Further Affiant Saith Not.

_____
KEVIN FITZSIMMONS

State of Indiana
County of _____

Before me, a Notary Public in and for said State and County, Personally appeared KEVIN FITZSIMMONS, who, being known to me and being by me first duly sworn, does depose and say that he has knowledge of the facts stated in the Affidavit and those facts are true to the best of his knowledge, information and belief.

Witness my hand and seal this ____ day of _____ 20006.

_____
NOTARY PUBLIC

My Commission expires _____