**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 13, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Tisdale v. State Auto Insurance Companies et al
Civil Action No. 2:06-cv-00458-DRB

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:06cv00458-(MEF).   This new case number should be used on all future correspondence and pleadings in this action.