IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. TISDALE, JR., an individual, | § § § | |
| Plaintiff, | § § | Civil Action Case No. 2:06CV458-B |
| v. | § § | |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, a foreign corporation, | § § § § | |
| Defendant. | § § | |

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AND
MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW the Plaintiff, John W. Tisdale, Jr., and responds to the Motion to Dismiss and Motion for Judgment on the Pleadings as follows:

1.   The Plaintiff, John W. Tisdale, Jr., has filed a First Amended Complaint addressing the issues raised in these two motions thus these two motions are now moot.

2.   The Plaintiff, Westgate Development, Inc., has been dismissed as a Plaintiff in the First Amended Complaint.

3.   The Defendant, State Auto Insurance Companies has been dismissed from the First Amended Complaint upon the representation of counsel for the Defendants that this particular company does not exist and the properly named Defendant is State Automobile Mutual Insurance Company.

4.   The Defendant, Kevin R. Fitzsimmons has also been dismissed from the First Amended Complaint.

       /s/ Earl Johnson
**Earl Johnson**   [JOH-056]

EARL V. JOHNSON
Attorney at Law
29 South Court Square
Post Office Drawer 1636
Andalusia, Alabama 36420
(334) 222-8443

       /s/ Ronald L. Davis
**Ronald L. Davis**   [DAV-061]

       /s/ Paige M. Oldshue
**Paige M. Oldshue**   [CAR-108]

OF COUNSEL:

ROSEN, COOK, SLEDGE, DAVIS,
 SHATTUCK & OLDSHUE, P.A.
2117 Jack Warner Parkway (35401)
Post Office Box 2727
Tuscaloosa, AL  35403
(205) 344-5000

## CERTIFICATE OF SERVICE

    I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sue Williamson, Esq.
    KLASING & WILLIAMSON, P.C.
    1601 Providence Park
    Birmingham, AL 35242

       /s/ Ronald L. Davis
**Ronald L. Davis**