IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., an individual, | § § § |
| Plaintiff, | § § |
| | §  Civil Action Case No. 2:06CV458-B |
| v. | § § |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, a foreign corporation, | § § § § |
| Defendant. | § § |

## VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF, WESTAGE DEVELOPMENT, INC

COMES NOW the Plaintiff, Westgate Development, Inc., and hereby voluntarily dismisses its claims, without prejudice, pursuant to Federal Rules of Civil Procedure 41(A)(1)(i).

As grounds for said motion the Movant states that no answer has been filed by any Defendants in this matter thus a voluntary dismissal, without prejudice, by this Plaintiff is allowed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This the 25th day of July, 2006.

/s/ Earl Johnson
**Earl Johnson**  [JOH-056]

EARL V. JOHNSON
Attorney at Law
29 South Court Square
Post Office Drawer 1636
Andalusia, Alabama 36420
(334) 222-8443


/s/ Ronald L. Davis
**Ronald L. Davis**  [DAV-061]


/s/ Paige M. Oldshue
**Paige M. Oldshue**   [CAR-108]

OF COUNSEL:

ROSEN, COOK, SLEDGE, DAVIS,
 SHATTUCK & OLDSHUE, P.A.
2117 Jack Warner Parkway (35401)
Post Office Box 2727
Tuscaloosa, AL  35403
(205) 344-5000

## CERTIFICATE OF SERVICE

     I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sue Williamson, Esq.
    KLASING & WILLIAMSON, P.C.
    1601 Providence Park
    Birmingham, AL 35242


/s/ Ronald L. Davis
**Ronald L. Davis**