IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-458-MEF |
| | ) |
| STATE AUTOMOBILE MUTUAL | ) |
| INSURANCE COMPANY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **ORDER**

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #13), filed on July 25, 2006, it is hereby

ORDERED the motion is GRANTED. Accordingly, all claims of Plaintiff Westgate Development, Inc. are DISMISSED WITHOUT PREJUDICE. Nothing in this Order is intended to effect the claims of any plaintiff other than Westgate Development, Inc.

Done this the 27th day of July, 2006.

                                                    /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE