IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. TISDALE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-458-MEF |
| | ) | |
| STATE AUTOMOBILE MUTUAL | ) | |
| INSURANCE COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of the Plaintiff's Amended Complaint (Doc. #11), filed on July 24, 2006, it is hereby

ORDERED that all claims against Defendants State Auto Mutual Insurance Company and Kevin R. Fitzsimmons are DISMISSED WITHOUT PREJUDICE. Accordingly, Defendant Fitzsimmons' Motion for Judgment on the Pleadings, or in the alternative, Motion to Dismiss (Doc. #6) is DENIED AS MOOT. Also, Defendant State Auto Mutual Insurance Company's Motion to Dismiss (Doc. #7) is DENIED AS MOOT.

Done this the 27th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE