IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR.,           ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
| v.                              ) | CASE NO. 2:06-cv-458-MEF |
|                                 ) | |
| STATE AUTO MUTUAL INSURANCE     ) | |
| COMPANY, *et al.,*              ) | |
|                                 ) | |
|     Defendants.                 ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Judgment on the Pleadings (Doc. #18) filed on August 16, 2006, it is hereby ORDERED that:

1. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before September 19, 2006.

2. The defendants may file a reply brief on or before September 26, 2006.

DONE this the 6th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE