# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:06-cv-458-MEF |
| | ) |
| STATE AUTO MUTUAL | ) |
| INSURANCE COMPANY. et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(d), a meeting was held on September 5, 2006 and was attended by:

   a. Ronald L. Davis, Paige M. Oldshue & Earl V. Johnson for plaintiff, John W. Tisdale and,

   b. Sue E. Williamson for Defendant, State Auto Mutual Insurance Co.

2. **Pre-Discovery Disclosures.** The parties will exchange information required by Fed. R. Civ. P. 26(a)(1) and Local Rule 26.1(a)(1) within **14 days** of the Court's entry of a final scheduling order in this case.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   a. Discovery will be needed with respect to plaintiff's claim for damages

arising from an insurance claim submitted to defendant for repairs to a commercial building following a storm, whether any damages occurred that were not paid, if covered damages were not paid, what are the nature and extent of those damages. Discovery will also be needed as to plaintiff's claims and defendant's defenses as more specifically detailed in all pleadings filed to date.

b. **Discovery Cutoff.** All discovery will be commenced in time to be completed by **May 1, 2007**.

c. **Interrogatories.** Maximum of **40** Interrogatories by each party to any other party.

　　i.　Responses due **30** days after service.

d. **Requests for Production.** Maximum of **30** Requests for Production by each party to any other party.

　　i.　Responses due **30** days after service.

e. **Requests for Admission.** Maximum of **30** Requests for Admission by each party to any other party.

　　i.　Responses due **30** days after service.

f. **Depositions.** Maximum of **10** depositions by each party. Each deposition limited to maximum of **6** hours unless extended by agreement

of parties.

    i. The parties anticipate that more than 10 depositions per party could be necessary and may seek leave of Court to take additional depositions upon a showing of good cause.

g. **Expert Reports.** Reports from retained experts under Rule 26(a)(2) due:

    i. from plaintiff by **March 15, 2007** and

    ii. from defendant by **April 15, 2007.**

h. **Supplementation.** Supplementation under Rule 26(e) due **20** days after party discovers the need to supplement and no later than **30** days prior to the discovery cutoff.

2. **Other Items.**

    a. **Conference.** The parties do not specifically request a conference with the Court before entry of the Scheduling Order.

    b. **Pretrial Conference.** The parties request a pretrial conference to be scheduled in **July 2007.**

    c. **Amending Pleadings and Joining Parties.**

        i. Plaintiff should be allowed until **October 15, 2006** to join additional parties or to amend the pleadings.

  ii. Defendant should be allowed until **November 15, 2006** to join additional parties or to amend the pleadings.

d. **Dispositive Motions.** All potentially dispositive motions are to be filed by July 1, 2007.

e. **Settlement.** Settlement cannot be evaluated prior to the close of discovery.

f. **List of Witnesses and Exhibits.** Final lists of witnesses and exhibits should be due **30** days prior to trial for all parties.

  i. Parties should have **20** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

g. **Trial.** This case should be ready for trial by August 2007 and at this time is expected to take approximately **4** days.

Respectfully submitted this 6th day of September 2006.

            S/ Ronald L. Davis
            Ronald L. Davis [DAV-061]
            Attorney for Plaintiff
            JOHN W. TISDALE, JR.

OF COUNSEL:
Ronald L. Davis, Esq.
Paige M. Oldshue, Esq.
Rosen, Cook, Sledge, Davis, Shattuck & Oldshue, P.A.

Post Office Box 2727
Tuscaloosa, Alabama 35403

                                        S/Earl V. Johnson

                                        Earl V. Johnson [JOH-056]
                                        Post Office Drawer 1636
                                        Andalusia, Alabama 36420

                                        S/ Sue E. Williamson
                                        Sue E. Williamson [WIL133]
                                        Attorney for Defendant
                                        STATE AUTO. MUT. INS. CO.

OF COUNSEL:
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, AL 35242