

EXHIBIT A

| | |
|---|---|
| GORDON ROSEN | W. BRADFORD ROWLEY, JR. |
| J. SYDNEY COOK, III | ††JANE L. CALAMUSA |
| JAMES J. SLEDGE | MARY BETH WEAR CAVERT |
| RONALD L. DAVIS | WILLIAM A. JONES |
| R. COOPER SHATTUCK | ††LAURA J. CRISSEY |
| PAIGE M. OLDSHUE | ♦STUART D. ALBEA |
| *JERRY C. OLDSHUE, JR. | CHAD L. HOBBS |
| **JEFFREY C. SMITH | WILLIAM S. POOLE, III |
| FOSTER C. ARNOLD | ELIZABETH S. GORDON |
| ††MATTHEW Q. TOMPKINS | |

**Rosen ♦ Cook ♦ Sledge
Davis ♦ Shattuck ♦ Oldshue, P.A.**
ATTORNEYS AT LAW

OF COUNSEL:
D. WAYNE CHILDRESS

*Board Certified - Creditors' Rights
Law - American Board of Certification

**Board Certified - Civil Trial Advocacy -
National Board of Trial Advocacy

†Also admitted in Florida
††Also admitted in Mississippi
♦ Also admitted in Georgia

May 18, 2006

<u>*Via Certified Mail Return Receipt Requested*</u>

Kevin Fitzsimmons
State Auto Insurance Companies
Indianapolis Regional Office Claim Dept.
P.O. Box 6465
Indianapolis, IN 46206-6165

  RE: Policy No. BOP 9618441
     Date of Loss: 09-17-2004
     Your Insured: John W. Tisdale, Jr.

Dear Mr. Fitzsimmons:

  Our firm, along with Earl Johnson, represents John W. Tisdale, Jr. in the above referenced matter.

  Mr. Tisdale's building was damaged by Hurricane Ivan in September of 2004.

  On behalf of your insured, we are hereby requesting a certified copy of the insurance policy that was in effect at the time of this loss.

  Please forward this certified policy to my attention.

  Your prompt attention to this is appreciated.

              Very truly yours,

              Ronald L. Davis
              FOR THE FIRM

RLD/kb

---

2117 Jack Warner Parkway   P.O. Box 2727   Phone: 205.344.5000
Tuscaloosa, AL 35401-1029  Tuscaloosa, Alabama 35403-2727  Fax: 205.758.8358
website address: www.reslaw.com        rondavis@reslaw.com

May 18, 2006
Page 2

---

cc:     Earl Johnson
        John W. Tisdale

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
_____
Street, Apt. No.; or PO Box No.
_____
City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7003 0500 0001 3403 5542

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Fitzsimmons
State Farm Insurance Company
Indianapolis Regional Office Claims Dpt
P.O. Box 6465
Indianapolis, IN 46206-6465

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   DALE FIELDS              MAY 22 2006

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type:
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 1603 5592

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT B**



Home | Help

---

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0001 1603 5592**
Status: **Delivered**

Your item was delivered at 8:02 am on May 22, 2006 in INDIANAPOLIS, IN 46206. The item was signed for by D FIELDS. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)　　( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

---



POSTAL INSPECTORS
Preserving the Trust

site map　contact us　government services　jobs　National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use　Privacy Policy