IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR. an individual, | ) ) ) |
| Plaintiff, | ) Civil Action Case No. 2:06 CV 458-B ) |
| v. | ) ) |
| STATE AUTO MUTUAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) |
| Defendant. | ) |

**STATE AUTO MUTUAL INSURANCE COMPANY'S INITIAL DISCLOSURES**

COMES NOW Defendant, STATE AUTO MUTUAL INSURANCE COMPANY pursuant to Rule 26(a)(1) and provides its Initial Disclosures as follows:

(A) Persons having factual information about this case are believed to include the following persons:

John W. Tisdale, Jr., Plaintiff
P.O. Box 1803
Andalusia, Alabama 36420

Kevin R. Fitzsimmons
Douglas Haybarker
Dianna Van Buren
State Auto Mutual Insurance Company
P.O. Box 6465
Indianapolis, Indiana 46206

Earl V. Johnson
P.O. Drawer 1636
Andalusia, Alabama 36420

Ron W. Dowgul, P.E.
Franklin Engineering
P.O. Box 15894
Panama City, FL 32406

    Scott Cook
    Opp, Alabama

    Ronnie Kilgore
    Kilgore Appraisal/Claims
    P.O. Box 911
    Andalusia, Alabama 36420

    Gregory S. Grow
    G.S. Grow and Associates, Inc.
    P.O. Box 607
    Gadsden, Alabama 35902

    Carpenter Roofing

    A.J. Edwards
    Wade Edwards
    A.J. Edwards Roofing Company
    1910 East Nashville Avenue
    Atmore, Alabama 36502

    Bob O'Neal
    P.O. Box 1067
    Andalusia, Alabama 36420

    C & C Vinyl Siding & Roofing
    1029 East Three-Notch Street or
    206 East Pass Road
    Andalusia, Alabama 36420

B.    Bate stamped documents #001-#511 are produced.

C.    Estimates for Repair are included in documents produced.

D.    Not Applicable.

    Respectfully submitted,

    */s/ Sue Williamson*

    _____
    SUE E. WILLIAMSON [WIL133]
    Attorney for Defendant,
    State Auto Mutual Insurance Co.

CERTIFICATE OF SERVICE

    State Auto's Initial Disclosures were electronically filed on October 10, 2006 by CM/ECF thereby serving notification to the following counsel of record:

Ronald David, Esq.
Paige Oldshue, Esq.
Rosen, Cook, Sledge, Davis, Shattuck & Oldshue, P.A.
P.O. Box 2727
Tuscaloosa, Alabama 35403

Earl Johnson, Esq.
P.O. Drawer 1636
Andalusia, Alabama 36420

*/s/ Sue Williamson*

_____
Sue E. Williamson [WIL133]