IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-458-MEF |
| ) | |
| STATE AUTO MUTUAL INSURANCE ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. # 26) filed on February 2, 2007, it is hereby ORDERED that the motion is GRANTED.

DONE this the 2nd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE