IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN W. TISDALE, JR.,** an individual, | § § § |
| Plaintiff, | § § |
| | §    Civil Action Case No. 2:06CV458-B |
| v. | § § |
| **STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,** a foreign corporation, | § § § § |
| Defendant. | § § |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

This filing is made pursuant to Section 3 of this Honorable Court's Uniform Scheduling Order entered in this matter on September 7, 2006. Counsel for Plaintiff, Ronald L. Davis, and counsel for Defendant, Sue Elizabeth Williamson conducted a face to face settlement conference at the offices of Defendant's counsel in Birmingham, Alabama on Friday, July 20, 2007. Settlement was not reached, but the parties believe mediation will assist them in resolving this case short of trial.

Respectfully submitted this the 23rd day of July, 2007.

Respectfully submitted,

/s/ *Ronald L. Davis*
**Ronald L. Davis**  [DAV-061]
Attorneys for the Plaintiff

OF COUNSEL:
ROSEN ♦ HARWOOD, P.A.
2117 Jack Warner Parkway (35401)
Post Office Box 2727
Tuscaloosa, AL  35403
(205) 344-5000

EARL V. JOHNSON
Attorney at Law
29 South Court Square
Post Office Drawer 1636
Andalusia, Alabama 36420
(334) 222-8443

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sue Williamson, Esq.
KLASING & WILLIAMSON, P.C.
1601 Providence Park
Birmingham, AL 35242


/s/ Ronald L. Davis
Of Counsel