## NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Tisdale v. State Auto Insurance Companies et al**

**Case Number: 2:06-cv-00458-MEF**

**Referenced Pleading: Notice of Mediation and Settlement Conference - Doc. 34**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**