IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR. an individual, | ) ) ) |
| Plaintiff, | ) Civil Action Case No. 2:06 CV 458-B ) |
| v. | ) ) |
| STATE AUTO MUTUAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) |
| Defendant. | ) |

### AMMENDED NOTICE OF DEPOSITION TO JOHN W. TISDALE, JR.

PLEASE TAKE NOTICE that STATE AUTO MUTUAL INSURANCE COMPANY will take the testimony by deposition upon oral examination of the plaintiff, **JOHN W. TISDALE, JR.** in accordance with the provisions of the <u>Federal Rules of Civil Procedure</u>. Mr. Tisdale's testimony will be taken before a Notary Public, and court reporter, or other authorized and qualified person(s) according to the following schedule:

      Date:      Wednesday, August 15, 2007

      Time:      9:30 a.m.

      Place:      Earl V. Johnson
                     29 South Court Square
                     Andalusia, AL  36420

      Telephone:      344-222-8443

The deponent is requested to bring the following records to the deposition for examination and all documents produced will be designated as Exhibits #1-20 to the deposition:

**REQUEST FOR PRODUCTION OF DOCUMENTS**
**AT DEPOSITION OF JOHN TISDALE, JR.**

1. All Receipts, Bills of Sale, Invoices, Contracts, Agreements, Cancelled Checks or any other evidence documenting all costs incurred to repair damage caused by Hurricane Ivan to Westgate Shopping Center.

2. Leases between John Tisdale and all tenants of Westgate Shopping Center in effect during 2004, 2005 and 2006.

3. Records showing all rental payments to John Tisdale, Jr. for leases at Westgate Shopping Center from January 2004 to date.

4. Records showing Westgate Shopping Center's monthly expenses for 2004-2006.

5. Documents, photographs and other evidence which you contend supplies any proof of your allegation that State Auto acted in bad faith in handling your claim.

6. Produce documentary proof of all economic losses you incurred as a result of the allegations outlined in the complaint against State Auto.

7. Produce all photographs, repair estimates, contracts or agreements which you rely upon as proof of your allegation that State Auto's claim payment was insufficient to repair the property damage caused by Hurricane Ivan.

8. Produce all records showing how the claim payments you received from State Auto were utilized showing specifically repairs done to the building and the cost of each repair done.

9. Produce records documenting upgrades, changes or corrections to any part of the building ordered or required by city, county or state officials.

10. Produce all records documenting all payments made to any person, company or other entity for supplies, equipment, labor or materials used in repairing the hurricane damage to Westgate Shopping Center.

11. Produce the name, address, telephone number and contact person for any entity, company, agency or organization contacted, retained, paid or consulted by you concerning the hurricane damage to Westgate Shopping Center.

12. Bill of Sale and/or Deed transferring ownership of the Westgate property to you from its previous owner and your transfer of ownership to Westgate, Inc.

13. Federal and State Income Tax Returns, business and personal, with all attachments or schedules for 2004, 2005 and 2006.

14. Correspondence to and from any tenant or tenant's attorney related to the Westgate building, including nonpayment or withholding of rents.

15. Correspondence to and from any tenant's insurer related to building damage.

16. Bank statements and cancelled checks on all accounts involving Westgate.

17. Inspection reports documenting any building defect, code violation, deficiency or upgrade required to the building at any time during your ownership.

18. Accounting records showing all transactions involving Westgate Shopping Center during 2004, 2005 and 2006.

19. Value Appraisals for Westgate Shopping Center.

20. Loan Payment History for any mortgage where the Westgate Shopping Center is pledged as collateral for the loan during 2004, 2005 and 2006.

Respectfully submitted,

*Sue Williamson*

Sue E. Williamson, [WIL133]
Attorney for Defendant,
State Auto Mutual Insurance Company

OF COUNSEL:
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, AL 35242
(205) 980-4733
suewilliamson@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify this **ReNotice of Deposition** has been served on the following counsel of record by placing a true copy in the U.S. Mail, properly addressed with sufficient postage affixed on this 23rd day of July 2007:

Ronald L. Davis, Esq.
Rosen Harwood
P.O. Box 2727
Tuscaloosa, AL  35403-2727

Earl V. Johnson, Esq.
Post Office Drawer 1636
Andalusia, AL  36420

                                                                                                                   _____
                                                                                                                    OF COUNSEL