IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., an individual and WESTGATE DEVELOPMENT, INC., an Alabama Corporation. | )<br>)<br>)<br>)<br>) |
| PLAINTIFFS, | )<br>) |
| vs. | ) Civil Action No. 2:06CV458-B<br>) |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, a foreign corporation. | )<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant, State Automobile Mutual Insurance Company ("State Auto") and requests the Court to extend all time limits set forth in its Uniform Scheduling Order issued in this cause on September 7, 2006. In support of said request, the Defendant would state as follows:

1. Sections 7 and 8 of the Uniform Scheduling Order permit discovery and expert disclosures to be made on and/or after July 3, 2007.

2. The depositions of recently identified experts are currently set and pending.

3. This matter involves complex evidence, including the use of an infrared thermograph, which will require expert analysis.

4. Discovery is not complete due to problems arranging the depositions of various witnesses located out-of-state.

5. Section 2 of the Uniform Scheduling Order requires dispositive motions to be filed no later than July 3, 2007.

6. Defendant seeks this time extension to allow the timely filing of dispositive motions upon completion of discovery and expert depositions.

7. Defendant further seeks this time extension so that it may have sufficient time to identify and retain such experts as may be necessary to rebut experts recently identified by the Plaintiff.

8. Plaintiff's counsel does not consent to this Motion.

_____
Sue E. Williamson

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 14th day of August, 2007, served a copy of the foregoing on all parties to this matter by e-file.

_____
Sue E. Williamson