**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JOHN W. TISDALE, JR.** an individual and **WESTGATE DEVELOPMENT, INC.,** an Alabama Corporation, § § § § § | |
| Plaintiff, § | |
| § | **Civil Action No. 2:06CV458-B** |
| v. § | |
| § | |
| **STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,** a foreign corporation, § § § § | |
| Defendant. § | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, John W. Tisdale, Jr., a defendant in the above captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual

| Reportable Entity | Relationship to Party |
|---|---|
| Westgate Development, Inc. | Owned by Party through stock ownership (50%) |

Respectfully submitted this the 16th day of August, 2007.

Respectfully submitted,

/s/ *Chad L. Hobbs*
**Ronald L. Davis** [DAV 061]
**Chad L. Hobbs** [HOB 012]
Attorneys for the Plaintiff

OF COUNSEL:
ROSEN ♦ HARWOOD, P.A.
2117 Jack Warner Parkway (35401)
Post Office Box 2727
Tuscaloosa, AL  35403
(205) 344-5000

EARL V. JOHNSON
Attorney at Law
29 South Court Square
Post Office Drawer 1636
Andalusia, Alabama 36420
(334) 222-8443

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sue Williamson, Esq.
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, Alabama 35242


*/s/ Chad L.Hobbs*
Of Counsel