# IN THE UNITED STATES DISTRICT COURT OF
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. TISDALE, JR. et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action Case No. 2:06 CV 458-B** |
| | ) | |
| STATE AUTOMOBILEMUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Order, State Automobile Mutual Insurance Company makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

State Automobile Mutual Insurance Company is a corporation having the following subsidiaries:

State Auto Insurance Company of Wisconsin

State Auto Florida Insurance Company

Broad Street Capital Partners

Meridian Insurance Group, Inc.
    Meridian Citizens Mutual Insurance Company

Meridian Security Insurance Company

State Auto Financial Corporation, [a Regional Insurance Holding Company
    affiliated with State Automobile Mutual Insurance Company which
    owns 65% of the outstanding shares] has the following subsidiaries:

    State Auto Property and Casualty Insurance Company
        518 Property Management and Leasing LLC
    Stateco Financial Services, Inc.
    Milbank Insurance Company
    Farmers Casualty Insurance Company
    State Auto Insurance Company of Ohio
    State Auto National Insurance Company
    Strategic Insurance Software, Inc.

Respectfully submitted this the 16th day of August, 2007.

_____
SUE E. WILLIAMSON [WIL133]
Attorney for Defendant,
State Automobile Mutual Insurance Co.

Of Counsel:
KLASING & WILLIAMSON, P.C.
1601 Providence Park
Birmingham, Alabama 35242
(205) 980-4733 Telephone
(205) 980-4737  Facsimile
suewilliamson@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that State Automobile Mutual Insurance Company's Corporate Disclosure Statement has been served on the following counsel of record by CM/ECF on this 17th day of August 2007:

Earl V. Johnson, Esq.
Post Office Drawer
Andalusia, Alabama 36420

Ronald L. Davis, Esq.
Chad Hobbs, Esq.
Rosen, Cook, Sledge, Davis, Shattuck & Oldshue, P.A.
Post Office Box 2727
Tuscaloosa, Alabama 35403

_____
Of Counsel