IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR. an Individual and WESTGATE DEVELOPMENT, INC., an Alabama Corporation, § § § § § | |
| Plaintiffs, § § | Civil Action No. 2:06CV458-B |
| V. § § | |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, a Foreign corporation, § § § § § | |
| Defendant. § | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME**

COME NOW the plaintiffs, John W. Tisdale, Jr., an individual, and Westgate Development, Inc., an Alabama corporation, and object to the Motion for Extension of Time filed by the defendant herein on the following grounds:

1.   Defendant has failed to show extraordinary unforeseen circumstances as required by this Honorable Court's Uniform Scheduling Order.

2.   Plaintiffs timely identified their expert witnesses and provided expert witness reports as required by Section 8 of this Honorable Court's Uniform Scheduling Order. Additionally, the plaintiffs have tendered these expert witnesses for deposition should defendant wish to depose the plaintiffs' experts.

3.   Counsel for plaintiffs and defendant have agreed to set aside the weeks of September 3rd and September 11, 2007 to take depositions in this matter in order to conclude discovery by the September 17, 2007 discovery cut-off date.

4. Prior to the filing of this lawsuit, in an attempt to prove its claim to the defendants, plaintiffs employed an engineering firm to conduct infrared thermograph testing of the roof, which is the subject of this suit. Plaintiffs voluntarily provided a copy of its engineer's report of this infrared thermograph testing to the defendant, which in turn provided a copy of this report to its expert witness, <u>prior</u> to the filing of this lawsuit. Thus, defendant has had ample time to have expert analysis of plaintiffs' infrared thermograph report.

5. Defendant seeks an extension of time so that defendant may have additional time to file dispositive motions and identify additional expert witnesses, even though the deadlines for those two events have expired.

Based upon the foregoing, plaintiffs object to defendant's motion for extension of time in this matter.

Respectfully submitted,

/s/ *Ronald L. Davis*
**Ronald L. Davis** [DAV 061]
**Chad L. Hobbs** [HOB 012]
Attorneys for the Plaintiffs

OF COUNSEL:
ROSEN ♦ HARWOOD, P.A.
2117 Jack Warner Parkway (35401)
Post Office Box 2727
Tuscaloosa, AL 35403
(205) 344-5000

EARL V. JOHNSON
Attorney at Law
29 South Court Square
Post Office Drawer 1636
Andalusia, Alabama 36420
(334) 222-8443

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I electronically filed the Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sue Williamson, Esq.
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, Alabama 35242

                                                */s/ Ronald L. Davis*
                                                Of Counsel