IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-458-MEF |
| ) | |
| STATE AUTO MUTUAL INSURANCE ) | |
| COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time (Doc. #40) filed on August 14, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 17th day of August, 2007.

          /s/ Mark E. Fuller
          CHIEF UNITED STATES DISTRICT JUDGE