IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR. an individual, | ) ) ) |
| Plaintiff, | ) Civil Action Case No. 2:06 CV 458-B ) |
| v. | ) ) |
| STATE AUTO MUTUAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) |
| Defendant. | ) |

## STATE AUTO'S OBJECTION TO WESTGATE AND TISDALE'S NOTICE OF DEPOSITION TO KEVIN FITZSIMMONS

STATE AUTO MUTUAL INSURANCE COMPANY files this objection to WESTGATE and TISDALE'S Notice of Deposition scheduling Kevin Fitzsimmons for deposition in Indianapolis, Indiana on September 4th based on the following grounds:

1. Kevin Fitzsimmons is an employee of State Auto Mutual Insurance Company who worked as an adjuster on an insurance claim submitted by Tisdale made the basis of this case. He is not designated as a corporate representative in this matter.

2.  Westgate and Tisdale have requested this witness to produce five sets of documents at his deposition. Request #1 seeks "a copy of all documents produced by State Auto in this litigation". This witness is not involved in the litigation and has no knowledge of what documents have been produced during discovery. Therefore, this witness cannot produce these documents which have already been produced to Westgate and Tisdale. Any questions they have relative to these documents can be asked by referencing the documents already produced.

3.  Document Request #2 is for: "The complete _original_ file for the claim which is the subject of this lawsuit". Again, this witness is not in possession of the material requested and therefore, cannot comply with this request.

4.  Document Request #4 seeks "State Auto's complete file concerning this matter" which is essentially identical to Requests #1 and #2. State Auto asserts the same objection to Request #4 as previously set out in objections to Requests #1 and #2 as if fully set out herein.

5.  Document Request #5 seeks "A list of any documents removed from any of the above requests on the basis of attorney/client privilege....., etc." Again, this witness does not have any knowledge as

to what was produced or withheld in this litigation and cannot comply with this request for production of documents.

WHEREFORE, State Auto respectfully requests this court to strike the document requests #1, 2, 4 & 5 to the Notice of Deposition of Kevin Fitzsimmons based on the foregoing grounds. Mr. Fitzsimmons can only produce documents responsive to Request #3 if such file exists.

Respectfully submitted,

*Sue Williamson*

---

Sue E. Williamson, [WIL133]
Attorney for Defendant,
State Auto Mutual Insurance Co.

OF COUNSEL:
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, AL 35242
(205) 980-4733
suewilliamson@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify this **Objection to Notice of Deposition** has been served on the following counsel of record using the CM/ECF electronic filing on this 31st day of August 2007:

Ronald L. Davis, Esq.
Rosen - Harwood
P.O. Box 2727
Tuscaloosa, AL 35403-2727

Earl V. Johnson, Esq.
Post Office Drawer 1636
Andalusia, AL  36420

*/s/ Sue Williamson*

———————————————
OF COUNSEL