IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN W. TISDALE, JR.,                    )
                                         )
     Plaintiff,                        )
                                         )
v.                                       )
                                         )    CASE NO. 2:06-cv-458-MEF
STATE AUTO MUTUAL INSURANCE              )
COMPANY, *et al.*,                       )
                                         )
     Defendants.                       )

## ORDER

Pending before the Court is *State Auto's Objection to Westgate and Tisdale's Notice of Deposition to Kevin Fitzsimmons* (Doc. 49, filed September 5, 2007).[1] However, counsel for State Auto notified the Court the motion had been resolved at the depositions.[2] As such, it is **ORDERED** the *State Auto's Objection to Westgate and Tisdale's Notice of Deposition to Kevin Fitzsimmons* (Doc. 49) is **DENIED as moot**.

DONE this 6th day of September, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1]    The notice of objection was originally stricken per Local Rule 5.1 as it was classified as discovery. *See* Docs. 46-47. However, upon closer review, the Court determined it was more appropriately titled a Motion to Quash and should be addressed by the Court. As such, counsel refiled the "Motion to Quash" the morning of September 5, 2007.

[2]    Warren Burke, an attorney with Klasing & Williamson, P.C. conferred with Sue Williamson and contacted the Court's law clerk via telephone on September 5, 2007.