IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. TISDALE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-458-MEF |
| | ) | |
| STATE AUTO MUTUAL INSURANCE | ) | |
| COMPANY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case

has been resolved.  Accordingly, it is hereby ORDERED:

1.  That the pretrial conference scheduled for October 1, 2007, and trial set for

November 5, 2007, are continued generally.

2.  That the parties file a joint stipulation of dismissal on or before **October 22, 2007**.

DONE this 19th day of September, 2007.


                    /s/ Mark E. Fuller
           CHIEF UNITED STATES DISTRICT JUDGE