IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. TISDALE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-458-MEF |
| | ) | |
| STATE AUTO MUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This cause is presently before the Court on Defendant State Auto Mutual Insurance

Company's Motion for Partial Judgment on the Pleadings (Doc. # 18).  The parties have

informed the Court that this case has been settled.  For this reason, the Defendant State

Auto Mutual Insurance Company's Motion for Partial Judgment on the Pleadings (Doc. #

18) is DENIED as MOOT.  Defendant State Auto Mutual Insurance may resubmit this

motion should the settlement fail to be consummated as anticipated.

DONE this the 28th day of September, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE