IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. TISDALE, JR., an individual, § § § § Plaintiff, § § v. § § STATE AUTOMOBILE MUTUAL § INSURANCE COMPANY, a § foreign corporation, § § Defendant. § § | Civil Action Case No. 2:06CV458-MEF |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties in the above styled matter, by and through their attorneys of record, and jointly stipulate the above referenced matter may be DISMISSED, WITH PREJUDICE.

Costs to be taxed as paid.

Respectfully submitted this __10th__ day of October, 2007.

_/s/ Ronald L. Davis_
Ronald L. Davis (DAV061)
Attorney for Plaintiff
Rosen Harwood, P.A.
PO Box 2727
Tuscaloosa, Alabama 35403
205-344-5000

/s/ Sue Williamson
Sue E. Williamson, Esq.
Attorney for Defendant
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, Alabama 35402